```
1   Susan St. Vincent
    Yosemite Legal Officer
2   NATIONAL PARK SERVICE
    Legal Office
3   P.O. Box 517
    Yosemite, California  95389
4   Telephone:  (209) 372-0241
5
6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-0022-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| MARK RYAN POETKER | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Mark Ryan Poetker has failed to obey all laws, failed to notify the Court or legal office of new violations, failed to provide proof attendance at Narcotics Anonymous, and failed to pay fines.

As the legal officer, I am aware that Poetker, was charged with possession of a

controlled substance (Suboxone and Heroin,) in violation of Title 36 Code of Federal Regulations § 2.35(b)(2) and camping outside of a designated site or area in violation of Title 36 Code of Federal Regulations §2.10(b)(10). Poetker plead guilty to the charge of possession of a controlled substance on June 9, 2015, and was sentenced to 18 months of unsupervised probation with the conditions he: pay a $1000 fine at a rate of $100 per month, obey all laws, report all new violations of the law to the Yosemite Legal Office, and attend Narcotics Anonymous 2 times weekly and submit proof of attendance . The government alleges Poetker has violated the following condition(s) of his unsupervised probation:

    CHARGE ONE:    FAILURE TO REPORT NEW VIOLATION

    Poetker was ordered to report any new violations or law enforcement contact to the Court and Legal Office within seven days of the incident. On October 1, 2015, Poetker was arrested in Santa Clarita, CA, for violations of the California Health and Safety Code: Possession of a Controlled Substance and Possession of Paraphernalia. On July 13, 2016, Poetker was arrested in Bakersfield, CA for violations of California Penal Code: Obstructing a Public Officer, Carrying a Concealed Dirk or Dagger, and violations of California Health and Safety Code: Possession of a Controlled Substance and Possession of Paraphernalia. The Yosemite Legal Office learned of these arrests on October 19, 2016 by checking Poetker's criminal history.

    CHARGE TWO:    FAILURE TO OBEY ALL LAWS

    Poetker was ordered to obey all laws. On July 29, 2016, Poetker was arrested in Bakersfield, CA for violations of California Penal Code: Obstructing a Public Officer, Carrying a Concealed Dirk or Dagger, and violations of California Health and Safety Code: Possession of a Controlled Substance and Possession of Paraphernalia. On July 29, 2016, Poetker was convicted in Bakersfield of Obstructing a Public Officer and Possession of a Controlled Substance and was sentenced to 33 days in custody, 3 years probation, and a fine.

CHARGE THREE:   FAILURE TO ATTEND NARCOTICS ANONYMOUS

Poetker was ordered to attend Narcotics Anonymous 2 times per week and submit proof of that attendance.  To date, Poetker has not submitted proof of attendance at any Narcotics Anonymous meetings.

CHARGE FOUR:    FAILURE TO PAY FINE

Poetker was ordered to pay a fine of $1000 at the rate of $100 per month.  To date, Poetker has paid $ 0.00 of the fine

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

10/31/16
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

10/31/16
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California