Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK POETKER,<br><br>　　　　Defendant. | No.  6:15-mj-0022-MJS<br><br>**MOTION TO WITHDRAW ALLEGATION OF PROBATION VIOLATION; AND ORDER THEREON** |

　　　The United States, by and through it representative, legal officer Susan St. Vincent, hereby moves to withdraw the Statement of Alleged Probation Violation and requests an order thereon.  The Statement of Alleged Probation violation was signed by this Court and filed on October 31, 2016.  The government does not believe it can prove jurisdiction for the probation violations.  Additionally, the government requests the court recall any outstanding warrants in this matter.
　　.
　　　Dated:  December 20, 2016　　　　　NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced probation violation in the matter of *United States v. Poetker* 6:15-mj-0022-MJS be withdrawn and outstanding warrants be recalled.

IT IS SO ORDERED.

Dated:   December 21, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE